IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN JONASSEN and ELIZABETH JONASSEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:24-CV-01 |
| B.O.P, et al, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on January 2, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

After Plaintiff Martin Jonassen[1] filed this action, and after Judge Lanzillo directed him to do so, he filed an Amended Complaint. ECF No. 19. Since the filing of the Amended Complaint Plaintiff has also filed seven separate "Addendums" to his pleading, each of which purports to add new claims or facts to this action. *See* ECF Nos. 23, 24, 26, 30, 31, and 33.

On May 20, 2025, Judge Lanzillo issued a Report and Recommendation making multiple recommendations, including the following:

- With respect to Claims 1 and 3-17 of the Amended Complaint, as well as claims set forth in the "Addendums at ECF Nos. 23, 24, 26, 30, 31, and 33, be

---

[1] Martin Jonassen purports to file this action on behalf of himself and Elizabeth Mary Jonassen.

1

> dismissed without prejudice to Plaintiff Martin Jonassen's right to assert those claims in separate lawsuits;
>
> - Claim 2 be dismissed, without prejudice, for failure to state a claim, but that Plaintiff Martin Jonassen be permitted to file a curative complaint as to that claim within a reasonable time following the adoption of the Report and Recommendation; and
>
> - Plaintiff Elizabeth Mary Jonassen be dismissed from this action with prejudice.

ECF No. 41.

In response to the Report and Recommendation, Plaintiff filed Objections <u>and</u> an appeal to the Court of Appeals for the Third Circuit. ECF Nos. 44, 45, 46, and 47. By order of Circuit Judge Patty Shwartz dated November 12, 2025, the appeal was dismissed for lack of jurisdiction. ECF No. 57. Now that the matter has been returned to this Court, the time is appropriate to review Plaintiff's Objections to Judge Lanzillo's Report and Recommendation.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions

when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

Plaintiff's Objections to the Report and Recommendation were filed on June 9, 2025 and focus on his request to stay this matter and request copies of his filings in this matter. ECF No. 47. To the extent that Plaintiff requests copies of filings, he must do so from the Clerk of Court and he must pay the appropriate fees for such, regardless of his in forma pauperis status. I note that a docket sheet was mailed to him as a one-time courtesy as of November 3, 2025. This case is almost a year old and will not be stayed.

After *de novo* review of the amended complaint and others documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 2nd day of December 2025;

IT IS ORDERED that

- Claims 1 and 3-17 of the Amended Complaint, as well as claims set forth in the "Addendums" at ECF Nos. 23, 24, 26, 30, 31, and 33, are dismissed without prejudice to Plaintiff Martin Jonassen's right to assert those claims in separate lawsuits;

- Claim 2 is dismissed, without prejudice, for failure to state a claim, but Plaintiff Martin Jonassen will be permitted to file a curative complaint as to that claim within twenty (20) days of this Order; and

3

- Plaintiff Elizabeth Mary Jonassen is dismissed from this action with prejudice.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on May 20, 2025 [ECF No. 41] is adopted as the opinion of the court.

FINALLY, IT IS ORDERED that Martin Jonassen's "Motion for Renewal of Objections" [ECF No. 59] is dismissed as moot.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge